UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 20491 - CR - KING    MAGISTRATE JUDGE
CASE NO.                              O'SULLIVAN
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

EGBERT RICKMAN

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in Miami-Dade County, in the Southern District of Florida,

the defendant,

**EGBERT RICKMAN,**

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election

held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

EGBERT RICKMAN,

Defendant.
_____/

04 - 20491 - CR - KING

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

MAGISTRATE JUDGE
O'SULLIVAN

**Court Division:** (Select One)

| | | |
|---|---|---|
| __X__ Miami | ____ Key West | |
| ____ FTL | ____ WPB | ____ FTP |

New Defendant(s)          Yes ____  No ____
Number of New Defendants      ____
Total number of counts         ____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     __No__
    List language and/or dialect     _____

4.  This case will take     __3__     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | | ____ |
| II | 6 to 10 days | ____ | Minor | | ____ |
| III | 11 to 20 days | ____ | Misdem. | | __X__ |
| IV | 21 to 60 days | ____ | Felony | | ____ |
| V | 61 days and over | ____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)     __No__
If yes:
Judge: _____     Case No.     _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     __No__
If yes:
Magistrate Case No.     _____
Related Miscellaneous numbers:     _____
Defendant(s) in federal custody as of     _____
Defendant(s) in state custody as of     _____
Rule 20 from the     _____     District of     _____

Is this a potential death penalty case? (Yes or No)     __No__

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?     ____ Yes     __No__ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?     ____ Yes     __No__ No
    If yes, was it pending in the Central Region?     ____ Yes     ____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ____ Yes     __No__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?     ____ Yes     __No__ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **EGBERT RICKMAN**

**Case No:**

# 04-20491 CR-KING

MAGISTRATE JUDGE
O'SULLIVAN

**Count #:** 1

Election Fraud

Title 18, United States Code, Section 611

**\* Max.Penalty:**        1 years' imprisonment

**Count #:**



**\*Max. Penalty:**

**Count #:**



**\*Max. Penalty:**

**Count #:**



**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FEDERAL GRAND JURY INDICTMENT No. FGJ 04-01-17

No. 04-20491-CR-KING

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

EGBERT RICKMAN

Defendant

INDICTMENT

18 U.S.C. § 611

A true bill.

_____
Foreman

FGJ 04-01(MIA)

Filed in open court this _____
of ____July____ A.D. 2004 _____ day,

_____
Clerk

Bail, $ _____