UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20491-CR-KING
Magistrate Judge O'Sullivan

UNITED STATES OF AMERICA

v.

EGBERT RICKMAN

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing

Discovery Order entered in this case.  This response is numbered to

correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the
defendant in response to interrogation by a known government
agent.

A.3 No defendant testified before the grand jury.

A.4  On February 5, 1983 the Metro-Dade Police Department
arrested the defendant for solicitation of prostitution.
He was found guilty and assessed fines and costs.

On February 27, 1984, the Metro-Dade Police Department
arrested the defendant for having no valid driver's
license.  There was no action taken on the case.

On March 30, 1984, Metro-Dade Police Department arrested
the defendant for having no valid driver's license and
driving under the influence. The case was nolle pros'd.

In July, 1983 the defendant was arrested for driving under the influence.

On November 28, 1991, the Florida Highway Patrol arrested the defendant for driving under the influence. The defendant was found guilty.

On December 16, 1991, the defendant was arrested for driving with a suspended license. He was sentenced to 30 days work release, a fine, and costs.

On April 27, 1992, the defendant was arrested for driving with a suspended license, and taken into custody to serve 30 days of a Dade County Jail work release program.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.    No line-ups, show-ups, or similar identification procedures were used during this case.

G.    The government has advised its agents and officers

2

involved in this case to preserve all rough notes.

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b). Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.    The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.    The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

3

Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _____ day of August, 2004 on Bruce Fleisher, Esq., 3225 Aviation Avenue, Suite 305, Coconut Grove, Florida 33133.

KAREN E. ROCHLIN

**U.S. Department of Justice**
Immigration and Naturalization Servic

OMB #1115
Application for Naturalization

## START HERE - Please Type or Print

### Part 1.   Information about you.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| Rickman | Egbert | George |

U.S. Mailing Address - Care of

| Street Number and Name | Apt. # |
|---|---|
| 19715 N.W. 5 Court | |

| City | County |
|---|---|
| Miami | Dade |

| State | ZIP Code |
|---|---|
| Florida | 33169 |

| Date of Birth (month/day/year) | Country of Birth |
|---|---|
| February 22nd 1945 | Jamaica W.I. |

| Social Security # | A |
|---|---|
| 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 | 031-257-269 |

### Part 2.   Basis for Eligibility (check one).

a. ☑ I have been a permanent resident for at least five (5) years .

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s) .

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

e. ☐ Other. (Please specify section of law) _____

### Part 3.   Additional information about you.

| Date you became a permanent resident (month/day/year) | Port admitted with an immigrant visa or INS Office where granted adjustment of status. |
|---|---|
| 08/09/90 IV | Miami SA1 |

Citizenship   Jamaica

Name on alien registration card (if different than in Part 1)
Rickman, Egbert

Other names used since you became a permanent resident (including maiden name)
N/A

| Sex | Height | Marital Status: |
|---|---|---|
| ☑ Male  ☐ Female | 5ft. 11ins | ☐ Single  ☐ Married  ☑ Divorced  ☐ Widowed |

Can you speak, read and write English ?   ☐ No  ☑ Yes.

Absences from the U.S.:

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No  ☑ Yes.

If you answered "Yes" , complete the following,  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.
Claims No others

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 15, 2001 | Aug 19, 2001 | ☐ Yes  ☑ No | Canada | family Sick |
| 23, 2000 | Oct 2nd 2000 | ☐ Yes  ☑ No | Jamaica | family Died |
| 1, 1999 | Oct 19, 1999 | ☐ Yes  ☑ No | Jamaica | Vacation |
| 22, 1999 | Jan 02, 99 | ☐ Yes  ☑ No | Jamaica | Father Sick |
| 02 | 2 days | ☐ Yes  ☑ No | Bahamas | family Ill |
| | | ☐ Yes  ☐ No | | |

FOR INS U

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

At interview
☐ request naturalization ceremony at court

Remarks   NO ARC
ARC S/R nhw 6/4/02.

Action

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

SEP 0 7 2001

N-400 (Rev. 07/17/91)N                    **Continued on back.**

## Part 4. Information about your residences and employment. (5) Claims No Others

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 19915 N.W. 5 Court  Miami  Fla 33169 | Nov 91 | Present |
| | | |
| | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.  (6) Claims No Others

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| Port of Miami | 1015 N America Way 2nd Fl  Miami Fla 33132 | 2/28/1980 | Present | A O E 2 |
| | | | | |
| | | | | |
| | | | | |

## Part 5. Information about your marital history.   (7) Claims No Others

A. Total number of times you have been married ___1___ . If you are now married, complete the following regarding your husband or wife.  See Supp. #1

| Family name | Given name | Middle initial |
|---|---|---|
| | | |

| Address | | |
|---|---|---|
| | | |

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| | | |

| Social Security# | A# (if applicable) | Immigration status (if not a U.S. citizen) |
|---|---|---|
| | | |

| Naturalization (If applicable) (month/day/year)  N/A | Place  (City, State)  N/A | |
|---|---|---|

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper:  Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.   (8) Claims No Others

B. Total Number of Children ___3___ . Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| Junior Aniton Rickman | 11/3/1971 | Florida | USA | — | 14720 N.E. 10 CT Fl 33162 |
| Egbert George Rickman | 12/31/1972 | Florida | USA | — | 19715 N.W. 5Ct |
| David Collins Rickman | 04/26/1975 | Florida | USA | — | 14720 N.E. 10CT Fl 33162 |
| | | | | | |
| | | | | | |
| | | | | | |

*Continued on back*

---

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes ☑ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a. The Nazi Government of Germany?  ☐ Yes ☑ No

    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes ☑ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person, because of race, religion, national origin, or political opinion?  ☐ Yes ☑ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☑ No

5. Have you ever failed to comply with Selective Service laws?  ☐ Yes ☐ No

    If you have registered under the Selective Service laws, complete the following information:

    Selective Service Number: _____  Date Registered: _____

    If you registered before 1978, also provide the following:

    Local Board Number: _____  Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?  ☐ Yes ☑ No

7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes ☑ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes ☑ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes ☑ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes ☑ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  ☐ Yes ☐ No

12. Have you ever:  *Claims Never*  HAVE YOU EVER REGISTERED TO VOTE IN THE US? Yes.  HAVE YOU EVER VOTED IN THE US? Yes

    a. been a habitual drunkard?  ☐ Yes ☑ No

    b. advocated or practiced polygamy?  ☐ Yes ☑ No

    c. been a prostitute or procured anyone for prostitution?  ☐ Yes ☑ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes ☑ No

    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes ☑ No

    f. received income from illegal gambling?  ☐ Yes ☑ No

    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes ☑ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes ☑ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?  ☐ Yes ☑ No

15. Have you ever:  *Claims Several Arrests  See Supp #2*

    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes ☐ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes ☐ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state,** and **country,** where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

---

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?  ☑ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)  ☑ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☑ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☑ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes ☐ No

---

*Continued on back*

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates membership and the nature of the organization. If additional space is needed, use separate paper.

None   Claims None (H)

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?  ☐ One  ☐ Both  (Give the following about one U.S. citizen parent.)

| Family Name | Given Name | Middle Name |
|---|---|---|
| | | |

Address

Basis for citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one):  ☒ natural parent  ☐ adoptive parent  ☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: (month, day, year) _____

Does this parent have legal custody of you?  ☐ Yes  ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____   Date 8-31-01

**Please Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature Evet Maureen Roach Clarke   Print Your Name Evet Roach   Date 8/31/200

Firm Name and Address

---

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through 2, that the corrections, numbered 1 through 14, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

X _____
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____  04 JUN 2002
(Examiner's Signature )   Date

**Department of Justice**
Immigration and Naturalization Service

## Certificate Preparation Sheet And Oath Declaration

A # | A 031 257 269

**Daytime Phone #** | (305) 347-4967

NAME (If name Change, ENTER new Name):

**Check BOX if there is a change of name:** ——▶ ☐

EGBERT

**(FIRST)**

GEORGE

**(MIDDLE)**

RICKMAN

**(LAST)**

Date of birth: | 02/22/1945

**Month/Day/Complete Year**

(Check Sex)   MALE: | X

FEMALE: | ☐

Height: | 5 | 11   Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ——▶ D

**(Feet)   (Inches)**

Country of Former Nationality: | Jamaica

(Enter Actual name of Country)

## Oath of Allegiance

**I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.**

In acknowledgment whereof I have hereunto affixed my signature.

✗ _Egbert George Rickman_ / _04 JUN 2002_

(Applicant's Signature (name change)   **Date**

Form N-649 (Rev. 11/1/98)

Case 1:04-cr-20491-JLK   Document 9   Entered on FLSD Docket 08/30/2004   Page 11 of 33

| DATE & PLACE OF ARREST | CHARGES | DISPOSITION | SENTENCE | STATUS OF SENTENCE |
|---|---|---|---|---|
| 2/5/83 Miami, FL | Solicitation Prostitution | Guilty | Fine, Costs | Complete STATUS OF SENTENCE |
| 12/16/91 Miami, FL | OWLS | Guilty | 30 Day Work Release, Fine Costs. | Complete |
| 4/27/92 | DWLS | Warrant on See Above | 1991 DWLS Arrest for Disposition | |
| 11/91 | OUI | Guilty | Fine, Costs | Complete |
| 7/83 | DUI | Can't Recall | | |
| 2/84 | NVDL | No Action. | | |
| 3/84 | DUI, NVDL | Nolle Prose | | |

Claims No Others.

SUPPLEMENT NO. ___2___

X _Robert George Williams_
SIGNATURE

04 JUN 2002
DATE

*A 31 - 257.269*

Voter ID: 02191401

Name : RICKMAN, EGBERT GEORGE
Status : 7
Address: 19715 NW 5TH CT

City : MI    MIAMI    Zip : 33169

Precinct : 215 -0
Register Date : 10-04-2000
Sex : M
SSN : - -2953
Phone : - -
Race : B
Date Of Birth : 02-22-1945
Party : NO

Military : NO
Overseas : NO
Out of Cnty : NO
Asst Req : NO
Shutin : NO
Homeless : NO
Withheld : NO
Disabled : NO
Mail Reg. : NO

Last Activity: 11/02/2000
Last Card Req: 11/02/2000
Last Voted: 11/07/2000
Last Change: 06/06/2002
Pollworker: NO

Case 1:04-cr-20491-JLK   Document 9   Entered on FLSD Docket 08/30/2004   Page 12 of 33

Voter's Districts:

| | |
|---|---|
| SH103 | 103RD HOUSE DISTRICT |
| CD017 | 17TH CONGRESSIONAL DIST |
| CO01 | 2002 CNTY COMM 01 |
| SS033 | 33RD SENATORIAL DISTRICT |
| CYUN | CITY:UNINCORPORATED |
| CC003 | COMMUNITY COUNCIL 3 |
| CW | COUNTYWIDE |
| FB03 | FIRE BOARD DIST 3 |
| GEO05 | NORTH CENTRAL DADE |
| OCD023 | OLD-23 CONGRESSIONAL DIST |
| SB01 | SCHOOL BOARD DISTRICT 1 |

02191401   RICKMAN, EGBERT GEORGE
Image Loc: No Locator

Case 1:04-cr-20491-JLK   Document 9   Entered on FLSD Docket 08/30/2004   Page 14 of 33

| | You can use this form to: register to vote, report that your name or address has changed, register with a party. Please print in blue or black ink | | This space for office use only. 10/19  02191401 | | |
|---|---|---|---|---|---|
| 1 | Mr. | **Last Name** Richman | **First Name** Egbert | **Middle Name(s)** George | |
| 2 | **Address (see instructions)— Street (or route and box number)** 19715 NW 5th Court | **Apt. or Lot #** | **City/Town** Miami | **State** FL | **Zip Code** 33169-3241 |
| 3 | **Address Where You Get Your Mail If Different From Above (see instructions)** | | **City/Town** | **State** | **Zip Code** |
| 4 | **Date of Birth** 2 / 22 / 45  Month Day Year | 5 | **Telephone Number (optional)** 305  652  3962 | 6 | **ID Number (see item 6 in the instructions for your State)** 2953 |
| 7 | **Choice of Party (see item 7 in the instructions for your State)** --- | | 8 | **Race or Ethnic Group (see item 8 in the instructions for your State)** Black | |
| 9 | I swear/affirm that: I am a United States citizen; I meet the eligibility requirements of my state and subscribe to any oath required. (See item 9 in the instructions for your state before you sign.) The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | | **Please sign full name (or put mark)** Egbert George Rickman  Date: 10 / 3 / 00  Month Day Year       OCT 0 4 2000 | | |
| 10 | If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional). | | | | |

**EGBERT GEORGE RICKMAN**

Registered Address : 19715 NW 5TH CT
MIAMI   FL   33169

Voter-ID: 02191401   Registered: 10-04-2000   Status: Canceled - Voter's Request   Total Items:

1107 POLL non   11/07/2000 GENERAL

State of FLORIDA
County of MIAMI-DADE

    I, DAVID C. LEAHY, Supervisor of Elections, hereby certify the foregoing to be a true and correct copy of the voting record of EGBERT GEORGE RICKMAN as it appears on record in my office.
    Witness my hand and seal on August 29, 2002.

DAVID C. LEAHY
Supervisor of Elections


By: _____
              Deputy

# Voters Supplement

**Name:** Egbert George Rickman.          **A** 31257269

**Q. Have you ever registered to vote in the U.S.?** ☑ **YES** ☐ **NO** **(If more than one time, furnish information for each time).**

**A. When (date) & Where? (City, County, State)**

Can't remember when, exactly. Received registration in the mail after telephonic voter registration drive w/ Tom Joyner. Mailed it in to the address on the card.

**Q. Have you ever voted in an election in the U.S.? .?** ☑ **YES** ☐ **NO** **(If more than one time, furnish information for each time).**

**A. When (date) & where? (City, County, State) & what type of election was it? (local, state, ⟨federal⟩)**

I voted once for the President. The Al Gore, George W. Bush election. I voted at the Norland (Miami, FL) poll location.

**Q. Why did you register or vote in an election in the U.S.? (If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**

See attached explanation. I did not believe I was a citizen but I did believe I was eligible because of my residence.

**Q. At what age did you become a permanent resident of the U.S?** 25

**Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother:** N/A **& father:** _____

X _____ (signature)          7/18/2002
**SIGNATURE**                            **DATE**

**SWORN TO & SUBSCRIBED BEFORE ME THIS** 18th **DAY OF** July 2002

_____
**OFFICER**

**Supplement No.** _____

To Whom It May Concern:

I was listening to a morning radio program on HOT 105 (Tom Joyner) in October 2000 that stated residence could register to vote by calling Hot 105 radio station. I call the radio station gave them my address, and they send a register card to sign. I Egbert Rickman, apologize to register to vote. I miss understood the program (Tom Joyner).

Sincerely,

Egbert Rickman

**METRO**POLITAN **DADE** COUNTY, FLORIDA





STEPHEN P. CLARK CENTER

**OFFICE OF THE SUPERVISOR OF ELECTIONS**
SUITE 1910
111 NW 1ST STREET
MIAMI FLORIDA 33128-1962
(305) 375-5553

**Mailing Address:**
P.O. Box 012241
Miami, Florida 33101-2241

June 7, 2002

Re: Egbert Rickman
Reg. # 02191401

To whom it may concern:

Please be advised that the above referenced individual stated that he registered and voted in error as a citizen due to a program listened to on radio station HOT 105.

As a result of his written explanation (06/06/02), his name has been effectively removed from the active voter registration records as of 06/06/02.

Should there be any other questions, please do not hesitate to call my office.

Sincerely,

Milton L. Collins
Assistant Supervisor of Elections

MLC:mc

# AFFIDAVIT

A 31·257 269

I, ___Egbert George Rickman___, being first duly sworn,

do hereby state under oath, that:

Tom Joyner on the Hot 105 morning show announced that residents could now vote. The Tom Joyner morning show took all the info (name, DOB, Address, etc.) over the phone and I later received the voters registration card in the mail. I later voted in the general presidential election — Gore./GeorgeW.Bush. That was the only election I voted in.

X ___Egbert George Rickman___
**(SIGNATURE)**

SWORN TO & SUBSCRIBED BEFORE ME THIS ___4th___ DAY OF ___June___ ~~18~~ 2002

___Michelle White___
**(NATURALIZATION EXAMINER)**

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0009

Application for Naturalization

## START HERE - Please Type or Print

## Part 1.  Information about you.

| Family Name | **RICKMAN** | Given Name | **Egbert** | Middle Initial | **G** |
|---|---|---|---|---|---|

U.S. Mailing Address - Care of

| Street Number and Name | **19715 N.W. 5th Court** ✓ | Apt. # |
|---|---|---|

| City | **Miami** ✓ | County | **Dade** |
|---|---|---|---|

| State | **Florida** | ZIP Code | **33169** ✓ |
|---|---|---|---|

| Date of Birth (Month/Day/Year) | **02-22-45** | Country of Birth | **Jamaica** |
|---|---|---|---|

| Social Security # | **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** | A # | **A31-257-269** |
|---|---|---|---|

## Part 2.  Basis for Eligibility (check one).

☑ I have been a permanent resident for at least five (5) years.

☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

☐ I am a permanent resident child of United States citizen parent(s).

☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

☐ Other.  (Please specify section of law)

## Part 3.  Additional information about you.

| Date you became a permanent resident (month/day/year) **08-09-70** | Port admitted with an immigrant visa or INS Office where granted adjustment of status. **Miami, Florida** |
|---|---|

Citizenship

Jamaica

Name on alien registration card (if different than in Part 1)

Other names used since you became a permanent resident (including maiden name)
None

| Sex ☑ Male ☐ Female | Height **5' 10"** | Marital Status: ☑ Single ☐ Married ☐ Divorced ☐ Widowed |
|---|---|---|

Can you speak, read and write English?     ☐ No ☑ Yes

Absences from the U.S.:

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No ☑ Yes

If you answered "Yes", complete the following.  Begin with your most recent absence.  If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for Trip |
|---|---|---|---|---|
| 07-13-90 | 08-26-90 | ☐ Yes ☑ No | Miami, Florida | Vacation |
| 08-23-89 | 08-23-89 | ☐ Yes ☑ No | Miami, Florida | Family Visit |
| 02-27-88 | 03-03-88 | ☐ Yes ☑ No | Miami, Florida | Vacation |
| 10-06-86 | 10-30-86 | ☐ Yes ☑ No | Miami, Florida | Family Visit |
| 07-03-80 | 07-10-80 | ☐ Yes ☑ No | Miami, Florida | Vacation |
|  |  | ☐ Yes ☑ No | Jamaica | Vac. |

Continued on back.

## FOR INS USE ONLY

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

At interview

☐ request naturalization ceremony at court

Remarks

Action

To Be Completed by *Attorney or Representative*, if any
☑ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) | |
|---|---|---|
| | From | To |
| 19715 N.W. 5th Court, Miami, Florida USA 33169 | 12-91 | Present |
| | | |
| | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Name and Number - City, State and ZIP Code | From | To | |
| Metrodade | , Miami, FL | 02-28-80 | Present | Heavy Equipment Operator |
| | | | | |
| | | | | |
| | | | | |

## Part 5. Information about your marital history.

A. Total number of times you have been married __1__ . If you are now married, complete the following regarding your husband or wife.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| None | | |

Address

| Date of Birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|
| Social Security# | A# (if applicable) | Immigration status (if not a U.S. citizen) |

Naturalization (if applicable)
month/day/year          Place     (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6. Information about your children.

Total Number of Children __3__  Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of Birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| Junior Rickman | 11-05-71 | USA | USA | None | Miami, FL USA |
| Albert Rickman | 12-31-72 | USA | USA | None | Jacksonville, FL USA |
| David Rickman | 04-26-75 | USA | USA | None | Miami, FL USA |
| | | | | | |
| | | | | | |
| | | | | | |

N-400 (Rev 07/17/91)N          **Continued on next page**

5-604

*Continued on back*

## art 7. Additional eligibility factors.

ase answer each of the following questions. If your answer is "Yes", explain on a separate paper.

Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes  ■ No

During the period March 23,1933 to May 8,1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a.   The Nazi Government of Germany?   ☐ Yes  ■ No

    b.   Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes  ■ No

Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes  ■ No

Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ■ No

Have you ever failed to comply with Selective Service laws?   ☐ Yes  ■ No

If you have registered under the Selective Service laws, complete the following information:

    Selective Service Number:_____ Date Registered:_____

If you registered before 1978, also provide the following:

    Local Board Number:_____ Classification:_____

Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?   ☐ Yes  ■ No

Have you ever deserted from the military, air, or naval forces of the United States?   ☐ Yes  ■ No

Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes  ■ No

Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself a nonresident?   ☐ Yes  ■ No

. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes  ■ No

. Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes  ■ No

.. Have you ever:

    a.   been a habitual drunkard?   ☐ Yes  ■ No

    b.   advocated or practiced polygamy?   ☐ Yes  ■ No

    c.   been a prostitute or procured anyone for prostitution?   ☐ Yes  ■ No

    d.   knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes  ■ No

    e.   been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes  ■ No

    f.   received income from illegal gambling?   ☐ Yes  ■ No

g.   given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes  ■ No

. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes  ■ No

. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?   ☐ Yes  ■ No

. Have you ever:

    a.   knowingly committed any crime for which you have not been arrested?   ☐ Yes  ■ No   *SEE SUP*

    b.   been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?   ■ Yes  ☐ No

you answer yes to 15, in your explanation give the following information for each incident or occurance the city, state d country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).   *See attachment*

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

    1.   Do you believe in the Constitution and form of government of the U.S.?   ■ Yes  ☐ No

    2.   Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)   ■ Yes  ☐ No

    3.   If the law requires it, are you willing to bear arms on behalf of the U.S.?   ■ Yes  ☐ No

    4.   If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ■ Yes  ☐ No

    5.   If the law requries it, are you willing to perform work of national importance under civilian direction?   ■ Yes  ☐ No

*Continued on back*

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

Loyal Patterson Masonic Lodge, #373, Miami, Florida; 1986-Present

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Name |
|---|---|---|

Address

| Basis for citizenship | Relationship to you (check one): ☐ natural parent ☐ adoptive parent |
|---|---|
| ☐ Birth | |
| ☐ Natualization Cert. No. | ☐ parent of child legitimated after birth |

If adopted or legitimated after birth, give date of adoption or legitimation: (month/day/year) _____

Does this parent have legal custody of you? ☐ Yes ☐ No

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature. (Read the information on penalties in the instructions before completing this section).

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____  Date 11/21/96

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|
| | BENNETT DREW FULTZ | 11/21/96 |

Firm Name
Address   619 S.W. 12 Ave

Miami FL 33130

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ____, that the corrections , numbered 1 through ____, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

_____
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____   8/12/99
(Examiner's Signature)         Date

-604

Department of Justice
Immigration and Naturalization Service

**Certificate Preparat.**    **.eet and Oath Declaration**

A # *031 257 269*

Daytime Phone # *( 305 ) 652 - 3968*

NAME (If name Change, ENTER new Name):

Check BOX if there is a change of name: ⟶ ☐

*EGBERT*

(FIRST)

(MIDDLE)

*RICKMAN*

(LAST)

Date of birth: *5 2 , 2 2 , 1 9 4 5*

 Month    Day    Complete Year

(Check Sex)   MALE: ☑

FEMALE: ☐

Height: *5* *10*

(Feet)   (Inches)

Marital Status; ENTER "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ *D*

Country of Former Nationality: *JAMAICA*

(Enter Actual Name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

X *Egbert Rickman*

Applicant's Signature (name change)

*8/17/99*

Date

Form N-649 (Rev 11/1/98)

Case 1:04-cr-20491-JLK   Document 9   Entered on FLSD Docket 08/30/2004   Page 25 of 33

451.351.161

| DATE & PLACE OF OFFENSE | NATURE OF OFFENSES. CHARGES | DISPOSITION OR OUTCOME | SENTENCE |
|---|---|---|---|
| 2/5/83 | Proslet | Guilty | |
| 7/2/83 | DUI | | |
| 2/27/84 | NVDL | | |
| 3/30/84 | DUI NVDL | Dismissed | |
| 11/28/91 | DUI | Guilty | |

SUPPLEMENT NO. ___01___

_Egbert Rickner_
SIGNATURE                                        DATE

Case 1:04-cr-20491-JLK  Document 9  Entered on FLSD Docket 08/30/2004  Page 26 of 33

A3125726

| DATE & PLACE OF OFFENSE | NATURE OF OFFENSES-CHARGES | DISPOSITION OR OUTCOME | SENTENCE |
|---|---|---|---|
| 4/27/91 | DUIS | | |
| 12/16/91 | DUIS | | |
| | | | |
| | | | |
| | | | |

SUPPLEMENT NO. _____

_____    _____
SIGNATURE                                           DATE

Case 1:04-cr-20491-JLK   Document 9   Entered on FLSD Docket 08/30/2004   Page 27 of 33

| DATE & PLACE OF ARREST | CHARGES | DISPOSITION | SENTENCE | STATUS OF SENTENCE |
|---|---|---|---|---|
| 02/83 MIAMI, FL | SOLICIT PROSTITUTION | GUILTY | PAID COST $200 (?) | COMPLETED |
| 02/83 MIAMI, FL | DUI | .GUILTY | FINE PAID, COMM. SERV. + DUI SCHOOL | COMPLETED |
| 12/91 MIAMI, FL | DUI | GUILTY | FINE PAID COMM. SERV. + DUI SCHOOL | COMPLETED |
|  |  |  |  |  |
|  |  |  |  |  |

SUPP. 2

_____
(SIGNATURE)

8/17/99
_____
(DATE)

**U.S. Department of Justice**
Immigration and Naturalization Service

Application to File
Petition for Naturalization

*Please read the instructions before filling out this form.*

This block for government use

Section of Law · ～1616 001

1. Your name (Exactly as it appears on your Alien Registration Receipt Card)

RICKMAN, EGBERT GEORGE

2. Your Alien Registration Number    3. Your Social Security Number

A31-257-269          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

4. Your name (Full true and correct name, if different from above)

same

5. Any other names you have used (Including maiden)

None

6. You may, by law, change your name at the time you are naturalized. If you wish to do so, please print or type that name below, or the name you want your certificate of naturalization issued under.

None

7. Your date of birth (Month/Day/Year)    8.   Your Sex

2/22/45          ☒ Male   ☐ Female

9. Your place of birth (City or Town)

Port Antonio, Jamaica

(County, Province or State)          (Country)

10. Was your father or mother ever a United States citizen?
(If Yes, explain fully)      ☐ Yes   ☒ No

11. Can you read and write English?    ☒ Yes   ☐ No

12. Can you speak English?    ☒ Yes   ☐ No

13. Can you sign your name in English   ☒ Yes   ☐ No

14. Date you were admitted for permanent residency (Month/Day/Year)

8/9/70

15. Place you were admitted for perma

Miami, Florida    08/08/93

16. Date your continuous residency beg

8/9/70

17. How long have you continuously re live? (Number of Months)   268

18. Do you intend to reside permanently
(If No, explain fully)

19. Have you served in the United States
(If Yes, complete all of #19.)

Branch of Service (Indicate if Reserve

☐ Enlisted

Location where you entered (City and State)

Service began (Month/Day/Year)

Service ended (Month/Day/Year)

Service number

Rank at discharge

Type of discharge

Reason for discharge (Alienage, conscientious objector, other)

20. At what addresses in the United States have you lived during the last 5 years?  List present address *first*.

| Street Address | City, county and State | From (Month/Day/Year) | To (Month/Day/Year) |
|---|---|---|---|
| 9715 N.W. 5 Court | Miami, Dade, FL | 6/29/92    to | *Present* |
| 3011 NW 159 St. | Miami, Dade, FL | 1986 - 6/29/92 | |
| | | | |
| | | | |
| | | | |

21. What employment have you held during the last 5 years?  List present or most recent employment *first*.  (If none, write "None".)

| Name and Address of Employer | Occupation or Type of Business | From (Month/Day/Year) | To (Month/Day/Year) |
|---|---|---|---|
| Metro Dade County, 1015 N American Way, Miami, FL | Seaport Heavy Equipment Operator | 1980 to present | |
| | | | |
| | | | |

Form N-400 (10/26/88) N

**22.** What is your present marital status?

☐ Married   ☐ Widowed   ☒ Divorced   ☐ Single

**23.** Complete the following *regarding your husband or wife if you are currently married.*   N/A

| First (given) name | Date married (Month/Day/Year) | Date of birth (Month/Day/Year) | Country of birth |
|---|---|---|---|
| Place he or she entered the U.S. | Date entered the U.S. (Month/Day/Year) | His or her Alien Registration Number | Present immigration status |
| Date naturalized (Month/Day/Year) | Place naturalized | Present address (street and number) | City and State or country |

**24.** Complete the following if you were previously married.   Total number of times you have been married _____

| Name of prior husband or wife | Date of marriage (Month/Day/Year) | Date marriage ended (Month/Day/Year) | How marriage ended | INS Status |
|---|---|---|---|---|
| Nina V. Rickman | 1/22/68 | 5/30/85 | Divorce | ☐ Alien ☒ Citizen |
|  |  |  |  | ☐ Alien ☐ Citizen |
|  |  |  |  | ☐ Alien ☐ Citizen |

**25.** Complete the following if your present husband or wife was previously married.   Total number of times your husband or wife has been married   N/A

| Name of prior husband or wife | Date of marriage (Month/Day/Year) | Date marriage ended (Month/Day/Year) | How marriage ended | INS Status |
|---|---|---|---|---|
|  |  |  |  | ☐ Alien ☐ Citizen |
|  |  |  |  | ☐ Alien ☐ Citizen |
|  |  |  |  | ☐ Alien ☐ Citizen |

**26.** Complete all columns for each of your children. (If child lives with you, state "with me" in Location column; otherwise, give the City and State of that child's residence.)   Indicate your total number of children _____

| Given name | Date of birth | Country of birth | Date of entry | Port of entry | Location | Alien Registration No. | Sex |
|---|---|---|---|---|---|---|---|
| Junior | 11/5/71 | U.S.A. | N/A | N/A | N/A | N/A | ☒ Male ☐ Female |
| Egbert | 12/31/72 | USA | N/A | N/A | N/A | N/A | ☒ Male ☐ Female |
| David | 4/26/75 | USA | N/A | N/A | N/A | N/A | ☒ Male ☐ Female |
|  |  |  |  |  |  |  | ☐ Male ☐ Female |
|  |  |  |  |  |  |  | ☐ Male ☐ Female |
|  |  |  |  |  |  |  | ☐ Male ☐ Female |
|  |  |  |  |  |  |  | ☐ Male ☐ Female |
|  |  |  |  |  |  |  | ☐ Male ☐ Female |

**27.** Complete the following with regard to each absence you have had from the United States for a period of six months or less since you entered for permanent residence. (If none, write "None".)

| Ship, airline, railroad, or bus company, or other means used to return to the United States. | Returned at (Place or port of entry) | Date departed | Date returned |
|---|---|---|---|
| Air Jamaica | Miami | 7/3/80 | 7/10/80 |
| Air Jamaica | Miami | 10/6/86 | 10/30/8 |
| Air Jamaica | Miami | 2/27/88 | 3/3/88 |
| Air Jamaica | Miami | 8/23/89 | 8/23/89 |
| Air Canada | Miami | 7/13/90 | 8/26/90 |

**28.** Complete the following with regard to each absence you have had from the United States for a period of six months or more since you entered for permanent residence. (If none, write "None")   None

| Ship, airline, railroad, or bus company, or other means used to return to the United States. | Returned at (Place or port of entry) | Date departed | Date returned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Form N-400 (10/26/89) N

29. The law orovides that you may not be regarded as qualified for naturalization, if you knowingly committed certain offenses or crimes, even though you may not have been arrested.  Have you ever, in or outside the United States:

(If you answer "Yes" to a) or b), give the following information as to each incident.)

a) knowingly committed any crime for which you have not been arrested?

☐ Yes    ☒ No

b) been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance, including traffic regulations?

☒ Yes    ☐ No

| Where (City, State and Country) | Date of Offense | Nature of Offense | Outcome of case, if any |
|---|---|---|---|
| Miami, FL | 11/83 | DUI | convicted/fined |
| Miami, FL | 11/91 | DUI | convicted/fined |
| | | | |
| | | | |
| | | | |

30. List your present and past membership in or afflilation with every association, fund, foundation, party, club, society or similar group in the United States or in any other place, and your foreign military service (If none, write "None".)

| Name of organization | Location of organization | Membership from | Membership to |
|---|---|---|---|
| Lcyal Patterson Masonic Lodge #373 | Miami, FL | 1986 | present |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

31. Are you now, or have you ever, in the United States or in any other place, been a member of, or in any other way connected or associated with the Communist Party?  (If "Yes", attach full explanation)

☐ Yes    ☒ No

32. Have you ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person? (If "Yes", attach full explanation)

☐ Yes    ☒ No

33. Do you now or have you ever advocated, taught, believed in or knowingly supported or furthered the interests of Communism? (If "Yes", attach full explanation)

☐ Yes    ☒ No

34. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit, unit of the Nazi Party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

a) the Nazi Government of Germany?

☐ Yes    ☐ No

b) any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?

☐ Yes    ☐ No

35. During the period of March 23, 1933 to May 8, 1945, did you ever order, incite, assist, or otherwise participate in the persecution of any person because of race, religion, national origin, or political opinion?

☐ Yes    ☒ No

36. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign state?

☐ Yes    ☒ No

37. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?

☐ Yes    ☒ No

38. Are deportation proceedings pending against you, or have you ever been deported or ordered deported, or have you ever applied for suspension of deportation?

☐ Yes    ☒ No

39. When was your last federal income tax return filed?

(year) 1992

40. Since becoming a permanent resident of the United States, have you filed an income tax return as a nonresident? (If "Yes", explain fully).

☐ Yes    ☒ No

41. Since becoming a permanent resident of the United States, have you failed to file an income tax return because you regarded yourself as a nonresident? (If "Yes", explain fully).

☐ Yes    ☒ No

42. Have you ever claimed in writing, or in another way, to be a United States citizen?

☐ Yes   ☒ No

43. Have you ever deserted from the military, air or naval forces of the United States?

☐ Yes   ☒ No

44. Have you ever left the United States to avoid being drafted into the Armed Forces of the United States?

☐ Yes   ☒ No

45. Do you believe in the Constitution and form of government of the United States?

☒ Yes   ☐ No

46. Are you willing to take the full oath of allegiance to the United States? (See instruction #5)

☒ Yes   ☐ No

47. If the law requires it, are you willing to bear arms on behalf of the United States? (If "No", attach a full explanation)

☒ Yes   ☐ No

48. If the law requires it, are you willing to perform noncombatant services in the Armed Services of the United States? (If "No", attach a full explanation)

☒ Yes   ☐ No

49. If the law requires it, are you willing to perform work of national importance under civilian direction? (If "No", attach a full explanation)

☒ Yes   ☐ No

50. Did you ever apply for exemption from military service because alienage, conscientious objections, or other reasons? (If "Yes", attach a full explanation)

☐ Yes   ☒ No

51. Did you ever register under United States Selective Service laws draft laws? (If "Yes", complete the following)

☐ Yes   ☒ No

| | |
|---|---|
| Date registered | |
| Selective Service Number | |
| Local Board Number | |
| Present classification | |

52. The law provides that you may not be regarded as qualified for naturalization, if, at *any* time during the period for which you are required to prove good moral character, you have been a habitual drunkard; advocated or practiced polygamy; have been a prostitute or procured anyone for prostitution; have knowingly and for gain helped any alien to enter the United States illegally; have been an illicit trafficker in narcotic drugs or marijuana; have received your income mostly from illegal gambling, or have given false testimony for the purpose of obtaining any benefits under this Act. Have you ever *anywhere*, been such a person or committted any of these acts? If you answer yes to any of these, attach full explanation.)

☐ Yes   ☒ No

---

**This block is to be completed by the person preparing form if other than the applicant.**

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Signature | |
|---|---|
| X | |
| Address | |
| | |
| Telephone Number | Date |

| Signature of Applicant | |
|---|---|
| X | |
| Mailing Address | |
| 852-39-62 | 14-693 |
| Telephone Number | Date |

---

**Do not fill in blanks below these lines;** *This application must be sworn to before an officer of the Immigration and Naturalization Service.*

### AFFIDAVIT

I do swear that I know the contents of this application, comprising pages 1 to 4, inclusive, and the supplemental forms thereto.

(Form Numbers _____ ) subscribed to by me, that the same are true to the best of my knowledge and belief, that corrections numbered:

_____ to _____ (-) _____

were made by me or at my request, and that this application was signed by me with my full, true and correct name, **so help me God**.

_____
**(Complete and true signature of applicant)**
(Demonstrate applicant's ability to write English)

Subscribed and sworn to before me by applicant at the preliminary investigation

_____

At _____

This ___ day of _____, 19 94

I certify that before verification of the above applicant stated in my presence he or she had (heard) read the foregoing application, corrections therein and supplemental form(s) and understood the contents thereof.

_____
**(Naturalization Examiner)**

Non Filed

_____

(Date, reasons)  I live in a Red House

## SUPPLEMENT TO FORM N-400

| Date of arrest: | Place of arrest: | Charge: | Disposition: |
|---|---|---|---|
| 1. 2-5-83 | MIA, FL. | SOLICITING PROSTITUTION | GUILTY |
| 2. 3-30-84 | MIA, FL. | D. U. I. | DISMISSED NOLLE PROSEQUI |
| 3. 11-28-91 | MIA, FL. | D. U. I. | GUILTY |
| 4. | | | |
| 5. | | | |

